AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| United States of America | ) |
|---|---|
| Plaintiff | ) |
| v. | ) Case No. S1 12 CR 171 (JPO) |
| Michael Morgan | ) |
| Defendant | ) |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Michael Morgan

Date: 03/12/2012

*Attorney's signature*

Faith A. Friedman (FF 6066)
*Printed name and bar number*

Gerald B. Lefcourt, P.C.
148 East 78th Street
New York, NY 10075

*Address*

ffriedman@lefcourtlaw.com
*E-mail address*

(212) 737-0400
*Telephone number*

(212) 988-6192
*FAX number*