UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-v-                                          12-CR-171 (JPO)

MIKHAIL ZEMLYANSKY, *et al.*,                ORDER
                          Defendants.

J. PAUL OETKEN, District Judge:

Upon the application of the United States of America, by its attorney, Jay Clayton, United States Attorney for the Southern District of New York, Emily Deininger, Assistant United States Attorney, of counsel; and based upon the prior proceedings in this case, including the Orders of Restitution previously imposed against defendants Michael Barukhin (Dkt. 1126), Andrey Anikeyevit (Dkt. 1127), Mark Danilovich (Dkt. 1128), Milan Dikker (Dkt. 1129), Sergey Gabinsky (Dkt. 1130), Chad Greenshner (Dkt. 1131), Vladimir Grinberg (Dkt. 1132), Gregory Mikhalov (Dkt. 1134), Sol Naimark (Dkt. 1135), Mikhail Ostrumsky (Dkt. 1136), Pavel Poznansky (Dkt. 1137), Alexander Sandler (Dkt. 1138), Yevgeniy Shuman (Dkt. 1139), Dmitry Slobodyansky (Dkt. 1140), Boris Treysler (Dkt. 1141), Constantine Voytenko (Dkt. 1142), Mikhail Kremerman (Dkt. 1284), Diana Zaidman (Dkt. 1285), Vladislav Zaretskiy (Dkt. 1286), Yuriy Zayonts (Dkt. 1287), Tatyana Gabinskaya (Dkt. 1643), Rick Dibiasi (Dkt. 1852), Eva Gateva (Dkt. 1865), Lauretta Grzegorczyk (Dkt. 1937), Mikhail Zemlyansky (Dkt. 1942), Michelle Glick Stites (Dkt. 1952), John Maurello (Dkt. 1976), Lynda Tadder (Dkt. 1979), Michael Danilovich (Dkt. 2031), Robert Sukhman (Dkt. 2062), and Michael Morgan (Dkt. 2117), it is hereby ORDERED that:

Restitution is joint and several with the following defendants in this case, 12 Cr. 171: Michael Barukhin, Andrey Anikeyevit, Mark Danilovich, Milan Dikker, Sergey Gabinsky, Chad

1

Greenshner, Vladimir Grinberg, Gregory Mikhalov, Sol Naimark, Mikhail Ostrumsky, Pavel Poznansky, Alexander Sandler, Yevgeniy Shuman, Dmitry Slobodyansky, Boris Treysler, Constantine Voytenko, Mikhail Kremerman, Diana Zaidman, Vladislav Zaretskiy, Yuriy Zayonts, Tatyana Gabinskaya, Rick Dibiasi, Eva Gateva, Lauretta Grzegorczyk, Mikhail Zemlyansky, Michelle Glick Stites, John Maurello, Lynda Tadder, Michael Danilovich, Robert Sukhman, and Michael Morgan.  Each defendant's liability to pay restitution shall continue unabated until either a defendant has paid the full amount of restitution ordered in the above-referenced Orders of Restitution, or every victim in the Schedule A appended to that defendant's Order of Restitution has recovered the total amount of each loss from the restitution paid by all co-defendants ordered to pay the same victims.

SO ORDERED.

Dated:  June 26, 2026
       New York, New York

J. PAUL OETKEN
United States District Judge

2